UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MATTHEW J. HART, on behalf of Plaintiff
and the class defined herein,
                                Plaintiff,

                                                                             ORDER

-vs-

                                                                            13-CV-6076 CJS

FCI LENDER SERVICES, INC.,
                                Defendant.
_____

      Defendant's motion to dismiss the Amended Complaint is currently pending before the Court, and oral argument is scheduled to occur on December 5, 2013.  On August 23, 2013, Plaintiff filed an amended motion to certify this action as a class action.  In the interest of judicial economy, it is hereby

      ORDERED, that the amended motion for class certification (Docket No. [#43]) is held in abeyance pending a resolution of the motion to dismiss.  If the motion to dismiss is denied, the parties shall request a motion scheduling order for the class certification motion or submit a proposed stipulated briefing schedule for the Court's approval.

Dated:      Rochester, New York
               September 6,  2013

                                            ENTER:


                                            /s/ Charles J. Siragusa
                                            CHARLES J. SIRAGUSA
                                            United States District Judge