**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

MATHEW J. HART, on behalf of
Plaintiff and the class defined
herein,

        Plaintiffs,                  **ORDER**
   v.                                13-CV-6076

FCI LENDER SERVICES, INC.,

        Defendant.

    The parties have submitted to the Court for approval an Order of Confidentiality which, *inter alia*, addresses (1) the confidentiality of documents produced and exchanged during discovery and (2) the filing with the Court of documents or materials containing information designated confidential.

    The Court approves the Order of Confidentiality with respect to the confidentiality of materials or documents produced or exchanged during discovery. However, to the extent a party wants to designate any document, exhibit, pleading or portions thereof as confidential so as to file same under seal with the Clerk of the Court, the party shall:

    1.  File a redacted public version of the document in which only the specific material that a party claims to be confidential is redacted from the document; <u>and</u>

2. The party that designated the document or information confidential must simultaneously file a separate motion with the Court demonstrating a particularized and specific need as to why the materials should be filed under seal. Such motion shall contain sufficient information to allow a determination of whether good cause exists to depart from the presumption against sealing court records from public inspection. See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006); Woodward v. Beam, No. 07-CV-645A, 2008 WL 4998379, at *2 (W.D.N.Y. Nov. 19, 2008); Landmark Am. Ins. Co. v. Magoo's II, Inc., No. 3:07 CV 327(MRK), 2007 WL 3023265 (D. Conn. Oct. 12, 2007); see also Western District Local Rules of Civil Procedure Rule 5.3.

This Decision and Order along with the Order of Confidentiality shall be filed with the Clerk of the Court.
**SO ORDERED.**

_____
JONATHAN W. FELDMAN
United States Magistrate Judge

Dated: February 5, 2016
Rochester, New York