## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MATHEW J. HART, | ) | |
| on behalf of plaintiff and the class defined | ) | |
| herein, | ) | 6:13-cv-6076 (CJS)(JWF) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FCI LENDER SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S RESPONSE TO PHILLIP LYTLE'S
## MOTION TO WITHDRAW AS COUNSEL

Plaintiff, Mathew Hart, by and though his counsel, submits the following response to Phillip Lytle's Motion to Withdraw.

1. Plaintiff does not oppose Phillip Lytle's motion to withdraw as counsel for defendant FCI.

2. Plaintiff requests that this Court extend the discovery deadline for a minimum of sixty (60) days after FCI's new counsel files an appearance in this case.

Respectfully submitted,

Tiffany N. Hardy

Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603-3593
(312) 739-4200
(312) 419-0379 (FAX) (may use for service of pleadings)
Email address for service: courtecl@edcombs.com

Mark F. Viencek
Law Offices Mark F. Viencek
290 Linden Oaks, First Floor
Rochester, New York 14625
(585) 419-8075
(866) 818-9500 (FAX)

<u>**CERTIFICATE OF SERVICE**</u>

I, Tiffany N. Hardy hereby certify that on June 16, 2016, a true and accurate copy of the foregoing document was filed electronically via the Court's CM/ECF system which sent notification to the following parties:

Preston Lee Zarlock
pzarlock@phillipslytle.com

William D. Christ
wchrist@phillipslytle.com

Erin C. Borek
eborek@phillipslytle.com

Mark F. Viencek
mark@vienceklaw.com

s/Tiffany N. Hardy
Tiffany N. Hardy

Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
        & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603-3593
(312) 739-4200
(312) 419-0379 (FAX) (may use for service of pleadings)
Email address for service: courtecl@edcombs.com