

**Phillips Lytle LLP**

RECEIVED

JUL 2 0 2016

Jonathan W. Feldman
U.S. Magistrate Judge
Western District of New York

Via Fax and U.S. Mail  (585) 613-4075

July 20, 2016

Hon. Jonathan W. Feldman
United States Magistrate Judge
2330 U.S. Courthouse
100 State Street
Rochester, New York  14614

Re:   *Mathew Hart v. FCI Lender Services*
       Case No. 6:13-cv-06076-CJS-JWF

Dear Judge Feldman

By Order dated June 22, 2016, the Court granted the parties' joint request to reschedule oral argument on Plaintiff's motion to compel to the same day as oral argument on counsel for Defendant's motion to withdraw on July 25, 2016.

On July 14, 2016, attorney Laura L. Richardson advised us that her law firm has been fully engaged by Defendant FCI and will be substituting in as counsel for Defendant once she is admitted to the Western District of New York.  On July 19, 2016, Ms. Richardson informed us that she anticipates she will be admitted this week.  The signing and filing of the substitution of counsel will obviate the pending motion to withdraw made by Phillips Lytle LLP.

To allow time for new counsel to be admitted to this District and for the substitution of counsel to be filed, we respectfully request that the Court reschedule both pending motions for at least two weeks from July 25, 2016.  We have contacted Plaintiff's counsel about this request, but have not yet received a response.

Very truly yours,

Phillips Lytle LLP

By

Erin C. Borek
ECB3
Doc #01-2966906.1

**SO ORDERED**

Jonathan W. Feldman
United States Magistrate Judge

ERIN C. BOREK
DIRECT 716 847 7044  EBOREK@PHILLIPSLYTLE.COM

ATTORNEYS AT LAW

ONE CANALSIDE  125 MAIN STREET  BUFFALO, NY 14203-2887  PHONE 716 847 8400  FAX 716 852 6100

NEW YORK: ALBANY, BUFFALO, CHAUTAUQUA, GARDEN CITY, NEW YORK, ROCHESTER  |  WASHINGTON, DC  |  CANADA: WATERLOO REGION  |  PHILLIPSLYTLE.COM