**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATHEW J. HART,<br>on behalf of plaintiff and the class defined herein,<br><br>Plaintiff,<br><br>vs.<br><br>FCI LENDER SERVICES, INC.,<br><br>Defendant. | 6:13-cv-6076 (CJS)(JWF) |

### NOTICE OF SETTLEMENT

The parties hereby inform the Court that the parties have reached a settlement on an individual basis in this case. The parties anticipate filing a stipulation of dismissal within 45 days. The parties requests that the Court strike all future deadlines and due dates.

 

Respectfully Submitted,

s/Tiffany N. Hardy
Tiffany N. Hardy


Tiffany N. Hardy
EDELMAN, COMBS LATTURNER & GOODWIN, LLC
20 S. Clark St. Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## **CERTIFICATE OF SERVICE**

    I, Tiffany N. Hardy, hereby certify that on August 30, 2016, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, which sent notification of such filing to the following parties:

Laura L. Richardson
RichardsonLL@LanePowell.com

Alison A. Hummell
HummellA@LanePowell.com

                                          s/ Tiffany N. Hardy
                                          Tiffany N. Hardy