**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
MATHEW J. HART, on behalf of plaintiff and :
the class defined herein, :
                                            :    6:13-cv-6076-CJS-JWF
            Plaintiff, :
                                            :
      vs. :
                                            :
FCI LENDER SERVICES, INC. :
                                            :
            Defendant. :
------------------------------------------------------------------x

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Mathew J. Hart and Defendant FCI Lender Services, Inc., hereby stipulate to dismissal of Plaintiff's individual claims in this action with prejudice and dismissal of the putative class claims without prejudice, with each party to bear their own costs and fees.

DATED:  November 29, 2016.

                                                Respectfully submitted,

s/Tiffany N. Hardy                              s/ Laura L. Richardson
Tiffany N. Hardy                                Laura L. Richardson

*One of the attorneys for plaintiff*            *One of the attorneys for defendant*
                                                *FCI Lender Services, Inc.*

Tiffany N. Hardy                                Laura L. Richardson
EDELMAN COMBS LATTURNER                         Alison A. Hummell
     & GOODWIN, LLC                             Lane Powell PC
20 S. Clark St., Suite 1500                     601 SW Second Avenue, Suite 2100
Chicago, IL 60603                               Portland, OR 97204-3158
(312) 739-4200                                  (503) 778-2100
FAX: (312) 419-0379                             FAX: (503) 778-2200

Mark F. Viencek
Law Office of Mark F. Viencek
290 Linden Oaks, First Floor
Rochester, New York 14625
(585) 419-8075
FAX: (866) 818-9500

## CERTIFICATE OF SERVICE

      I, Tiffany N. Hardy, hereby certify that on November 29, 2016, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, which sent notification of such filing to the following parties:

Laura L. Richardson
RichardsonLL@LanePowell.com

Alison A. Hummell
HummellA@LanePowell.com

Lane Powell PC
601 SW Second Avenue, Suite 2100
Portland, OR 97204-3158

                                                            s/Tiffany N. Hardy
                                                            Tiffany N. Hardy

Tiffany N. Hardy
EDELMAN COMBS LATTURNER
      & GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, IL 60603