IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

------------------------------------------------------------x
MATHEW J. HART, on behalf of plaintiff and
the class defined herein,

     Plaintiff,

  vs.

FCI LENDER SERVICES, INC.

     Defendant.
------------------------------------------------------------x

6:13-cv-6076-CJS-JWF



## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Mathew J. Hart and Defendant FCI Lender Services, Inc., hereby stipulate to dismissal of Plaintiff's individual claims in this action with prejudice and dismissal of the putative class claims without prejudice, with each party to bear their own costs and fees.

DATED: November 29, 2016.

                Respectfully submitted,

s/Tiffany N. Hardy         s/ Laura L. Richardson
Tiffany N. Hardy          Laura L. Richardson

*One of the attorneys for plaintiff*     *One of the attorneys for defendant*
                    *FCI Lender Services, Inc.*

Tiffany N. Hardy          Laura L. Richardson
EDELMAN COMBS LATTURNER   Alison A. Hummell
 & GOODWIN, LLC        Lane Powell PC
20 S. Clark St., Suite 1500      601 SW Second Avenue, Suite 2100
Chicago, IL 60603         Portland, OR 97204-3158
(312) 739-4200          (503) 778-2100
FAX: (312) 419-0379        FAX: (503) 778-2200

Mark F. Viencek
Law Office of Mark F. Viencek
290 Linden Oaks, First Floor
Rochester, New York 14625
(585) 419-8075
FAX: (866) 818-9500

                SO ORDERED

                _/s/ Charles J. Siragusa_
                CHARLES J. SIRAGUSA
                U.S. District Judge
                DATE 12-2-16